No. 734. DOWAGIAC MANUFACTURING COMPANY, PETI-
TIONER, *v.* MCSHERRY MANUFACTURING COMPANY ET AL.
March 8, 1909. Petition for a writ of certiorari to the United
States Circuit Court of Appeals for the Sixth Circuit denied.
*Mr. Fred. L. Chappell* and *Mr. Morison R. Waite* for petitioner.
*Mr. E. E. Wood* and *Mr. Joseph Wilby* for respondents.

No. 736. THE RUBBER TIRE WHEEL COMPANY ET AL., PETI-
TIONERS, *v.* THE GOODYEAR TIRE & RUBBER COMPANY ET AL.
March 8, 1909. Petition for a writ of certiorari to the United
States Circuit Court of Appeals for the Sixth Circuit denied.
*Mr. Thomas W. Bakewell, Mr. Border Bowman, Mr. Charles
W. Stapleton, Mr. Frederick P. Fish* and *Mr. Clarence P.
Byrnes* for petitioners. *Mr. H. A. Toulmin* for respondents.

No. 688. PATRICK LENNOX, PETITIONER, *v.* ALLEN-LANE
CO. ET AL.; No. 689. PATRICK LENNOX, PETITIONER, *v.*
ALLEN-LANE CO. ET AL.; No. 690. PATRICK LENNOX, PETI-
TIONER, *v.* MELVILLE L. COBB ET AL.; No. 691. PATRICK
LENNOX, PETITIONER, *v.* MELVILLE L. COBB ET AL.; No. 692.
PATRICK LENNOX, PETITIONER, *v.* GEORGE S. ROSENCRANTZ
ET AL.; and No. 693. PATRICK LENNOX, PETITIONER, *v.*
GEORGE S. ROSENCRANTZ ET AL. March 15, 1909. Petitions
for writs of certiorari to the United States Circuit Court of Ap-
peals for the First Circuit denied. *Mr. John P. Leahy* for
petitioner. *Mr. William H. Dunbar* and *Mr. Frederick P.
Fish* for respondents.